# EXHIBIT 17

**Debt exchange reopening project: Speech by the President broadcast to the nation**
Good evening to everyone; last Friday the Appeals Chamber of New York City confirmed the ruling of Judge Griesa, in favor of the vulture funds that are so well known by the Argentine people, since they were the ones that seized last year the Libertad frigate in the Republic of Ghana, for which we had to turn to International Law and Courts in order to recover one of Argentina's symbols with no cost to the public purse. Other seizures had been previously imposed over Tango 01, embassies and other funds. However, what we want to talk about and inform you of today is not only to the national public opinion and the inhabitants of the Argentine Republic, but also to all bond holders who have trusted in Argentina -who represent 93 % of all bondholder – is that the ruling from this Court in reality ignores this agreement, 93% of which we have accomplished or at least minimized it, so I also believe that - in our humble opinion - it ignores the sovereign immunity that debt restructuring has, and which was achieved first in 2005 and then in 2010, because as provided by the National Constitution of Argentina, negotiating foreign debt is a specific power of the National Congress, which may be only agreed upon with its approval.

In any case it is worth remembering what is at the origin of all this; although it seems too distant, December 31, 2001, the date on which Argentina defaulted by exactly 81,836 billion dollars, is not that long ago. I repeat: On December 31, 2001 Argentina, our country, defaulted on 81,836 billion dollars worth of bonds.

The source of this was 49%, namely 40,363 billion which was issued by the Government Administration between the years 1989 and 1999; the remaining 51%, that is 41,473 billion, was issued by the Administration between the year 1999 and the time on which the default was declared.

It should also be recalled that in 2003 President Kirchner recognized and faced this debt problem, that in reality emerged on March 24, 1976, when the country began accumulating more and more debt, creating a constant "financial bicycle" which was aggravated during the convertibility and finally imploded on December 31, 2001.

President Kirchner had a radically different idea from what had been supported up until then. Until then, the motto of permanent indebtedness, if there was such a thing, was pay in order to grow. He said that it was the exact opposite; that we needed to grow in order to be able to pay. Well, he was not trying to be smart; he was simply observing what had happened in Argentina over the last 30 or 40 years, and the conclusion was always the same: we would not be able to pay if we didn't grow, and on the contrary, we were paying with more debt that represented a very severe restriction on the Argentine economy in terms of educational, cultural, infrastructure, social, health, work creation and production. As we all know, when Néstor took office Argentina had 25% unemployment rate, closed industries and the situation we all remember.

I remember that he, at the first UN Assembly he attended, in September 2003, forcefully addressed the foreign debt issue and insisted that the world had to understand that it should allow the Argentine economy to grow so it that it would be able to pay. He used a phrase that I will never forget "we must be allowed to grow in order to be able to pay, because the dead do not pay their debts." That was the moment in which he inverted the logic of paying in order to grow, for that of growing in order to pay.

Since 2003 and up to this date large payments have been made, following two rounds of restructuring: in 2005, in March 2005 debt was restructured during the presidency of Néstor Kirchner. I remember well that negotiation was difficult and long, and at a given point the first bank that intervened as negotiator and eventual fiduciary, Wachovia, withdrew in the middle of the process, causing a severe crisis at a time in which the former Minister of Economy offered his resignation to President Kirchner because it seemed that he had failed on his attempt to restructure the debt, to which Kirchner said: "let's be confident and let's move on." The decision was made to appoint the Bank of New York, known in the financial industry as BoNY, as negotiator initially and ultimately as fiduciary. Finally that first exchange took place, in which

very few trusted and even less put their money, but in which Néstor had placed great hope, ended up restructuring 76% of the sovereign debt, with the most important principal reduction in living memory. In order to understand the importance this principal reduction had on Argentina's subsequent growth, it can be quantified over 79 billion pesos.

In order for one to understand how much this represents: it is equal to the total Universal Assignment per child, it is equivalent to more than 2,000 schools built over this 10 year period in the Argentine Republic, and it is equivalent to all dwellings and their respective infrastructures, all social housing built between since 2003 This represents the magnitude and importance of this action.

What was the argument for this principal reduction? Over the entire period it was in debt Argentina was paying outrageous interest rates in dollars; while the entire world was paying one or two percent interest rates, we were paying double-digit rates. The main argument for this principal reduction was that whoever goes to a place paying an exorbitant interest rate, paid nowhere else in the world, is, logically, aware of the risk taken by placing its assets there. Because of this we said that there should be shared risks between a country that had wagered on a "financial belly," and on the other hand, those who knew that it was impossible to get their money back with that kind of interest.

This is when the holdout problem began, consisting – let's say – of those who had not participated in the first exchange. Although all countries have some form of bankruptcy law, our country has one under which it is enough that 66% of all creditors agree upon for a judge to approve the bankruptcy or its proceedings, which is a figure similar to that in the United States, and in this initial agreement we obtained 76% agreement. However, the holdout problem continued. It was logical, since many people did not believe in an Argentina that had never paid its debt. We also wanted to contribute and show even more goodwill by creating what was called the Growth Coupon, under which if Argentina grew its creditors would receive even larger returns, produced by their decision of going along with and going into partnership with the Argentine growth.

Then in 2010, during my presidency, we reopened the exchange and reached record numbers of debt restructuring acceptance, which is the 93% to whom we owe. More confidence had developed: not only have we paid debt issued in foreign currency, but also debt issued in national currency; we also paid foreign debt to the Bank of New York, as well as internal debt to the country, with which we achieved this 93%, which was a great achievement by the Minister of Economy at the time, who, along with his team, traveled all over the world. However our current Minister of Economy, Dr. Lorenzino, also brought in many other bondholders, from Italy and Japan, that were smaller and had been left out of the first exchange. We achieved – I repeat – this figure of 93%.

Therefore, I consider that the ruling from the Appeals Chamber of New York is somewhat unfair to Argentina. It is based on an argument from the "Financial Times" and says that he rules against us because Argentina is a "recalcitrant debtor." Between 2003 and 2012 Argentina, this country considered a recalcitrant debtor, has paid 173,733 billion dollars. I repeat: since 2003 we have paid 173,733 billion dollars. 41,044 billion dollars have been paid within the national public sector, between different bodies of the national public sector who lend to each other for infrastructure financing, and for everything else that makes the State work. We have paid 81,487 billion dollars to the private sector (foreign and national bondholders, in dollars) and multilateral credit entities, among them the International Monetary Fund, when we settled repaid some of our debt in 2006, to the Inter-American Development Bank for the loans it granted us, the World Bank, to Corporación Argentina de Fomento, 51,201 billion dollars, for a total of 173,733 billion dollars.

Let's say that we are more than recalcitrant debtors, we are serial payers. Furthermore on the plus side, we have done this with legitimate resources - resources obtained from commercial administration, and by better management of State resources, without accessing capital markets. I think this just like we were

entered into the Guinness Book of Records as the largest sovereign debt that ever defaulted on, we should also be entered as the country that has paid the most, since we have complied with all of our obligations over the past ten years, without accessing capital markets.

For this reason, I think it is important that all Argentines be aware of our efforts and that the whole world is made aware of all that we have achieved. When Kirchner took office, the debt of all Argentines, in dollars, was approximately 150% of GDP; today, all our debt before national or foreign creditors is a little less than 10% of GDP. This means that we have brought it down from 150% of GDP to a little less than 10% of GDP

And in a few more days we will pay 2 billion dollars in cash for BONAR 7; on September 12 to be precise. This is a national legislation bond which will also be paid by the local Clearing House, although most bondholders collect their returns overseas from local branches of foreign banks that pay their headquarters or affiliates wherever their international creditors are located, since it is easier for most of them as they are located outside of the country.

From this moment, namely September 12, the liabilities of Argentina in foreign currencies, either Euros or dollars, will be 8,3% of GDP.

It should also be remember that this is one of the lowest debt ratios among developed countries - not to mention among the other countries in the region.

It should also be remember that our Government is a serial payer and not a serial debtor, since debt was accumulated by previous administrations, who were also those that defaulted. This has allowed the Argentine people, and this Administration, to grow and thus be able to pay its debt

Now, regarding this ruling... I was listening today to some comments that I would consider short-sighted, as they mentioned that "in reality, the ruling will just have immediate effects as it will be appealed and ultimately will be decided by the Supreme Court of the United States in 2014 or 2015."

This really does not sound very serious; it is irresponsible from a good government to believe that 2014, 2015 or the short term is any solution to a problem. We do believe that problems must be resolved not only in the short term, but also in the mid and long term.

For this reason, the decision... we have made decisions because of this and because as a country, we cannot condone having the sword of Damocles hanging over our neck say that at any moment someone will take a decision, that the 2005 and 2010 exchanges will collapse, that our creditors will not pay and that our country will go back to 2001 levels. This is the only thing we will not allow, at least for as long as I am President.

For that reason, the first decision that we have taken is to ask God to enlighten the Supreme Court of the United States because, in reality, we really would be faced with a case that would not only tear down one of the most important debt restructuring plans in living memory, but it would also invalidate other debt plans. You also have to bear in mind that these vulture funds only amount to 0.45%.

To be clear. 93% of Argentina's creditors settled; 7% did not settle, but they are merely judging the vulture funds in New York and they have obtained this ruling for 0.45% of the total debt. Bonds that were bought recently in 2008, when they had already been defaulted on, were worth very little and if what they intend takes place, the profit in dollars would be a little over 1,300%, something which really lacks logic and common sense. I think that one does not have to be an expert in law and economics to realize that this way, not only the Republic of Argentina, but the entire country would melt down In particular, at times

when several of the developed countries of the First World are also restructuring their debt.

For this reason, the decision taken by the Supreme Court of Justice of the United States would not only have an impact on Argentina, but it would also have an impact throughout the International financial world. It is not in vain that several "amicus curiae" have been presented to the Court, who is not exactly a friend of Argentina; it is sufficient to recall the former Director of the International Monetary Fund, Anne Krueger, and several administration funds that also have interests and have presented, the Government of the Republic of France, who we also thank for their presentation before the Supreme Court of the United States.

Yet, as they were informed and as we cannot have the Sword of Damocles hanging over our heads, we have taken two more decisions, in addition to the near spiritual and near earthly of entrusting ourselves to God and the Supreme Court of the United States: firstly, tomorrow, we will send a new proposed Law to the Argentine Parliament, which in view of the Constitution and article 75, is the only body qualified to decide on Argentina's external debt. The Executive Power will always act as a negotiator, as a delegate, but ultimately the agreements must pass through the Parliament to be approved or rejected, and this proposed Law will consist of, specifically, opening the debt exchange for the third time for the 7% that has not entered. Once again, we want to demonstrate the Republic of Argentina's profound will to honor its commitments.

Today we cannot because we would be in breach of the law of our country that already established the 93% and closed the second exchange in 2010. Nevertheless I reiterate that we are going to propose a Law to Parliament precisely so that the 7% has the ability to enter, the possibility to enter and, then to receive payment under the same conditions as the rest of the creditors.

However, we have also taken the decision to safeguard those who have put their trust in the Republic: the 93% of the bondholders who have trusted Argentina and have been paid, some since 2005 and others since 2010. This would involve replacing the bonds with the same currency, under the same terms, by simply changing the place of payment to avoid potential embargoes that the funds could suffer because we have already suffered embargoes in the past.

To be clear: those who hold Argentine bonds, the 93%, will be issued with similar bonds instead, in foreign currency and under the same terms, but they will simply be paid here in the Republic of Argentina in the Securities Depository.

As we have already paid, for one to have an idea of the certainty and legal security that this signifies, the BODEN 12, which were the bonds that Argentina issued to pay all those that were trapped by the bank freeze, when they could not withdraw deposits from the banks: the Argentine Government, with bonds issued by Argentine Law and paid here at the Securities Depository in Argentina, has already totally canceled this debt that amounted to 19,600 million dollars.

Argentina paid the total amount of savings confiscated from Argentineans and non-Argentineans. In other words, those of other nationalities and foreigners, of 19,600 million dollars with bonds issued through local legislation and paid here in the Republic of Argentina under the terms and in the currency that have been stipulated.

Furthermore in a few days times, or on September 12 to be precise, as I mentioned a few moments ago, we will pay another bond also issued, the BONAR 7, 2,000 million dollars, also issued through local legislation and paid here at the Securities Depository of the Republic of Argentina, in such a way as we have already paid thousands of millions of dollars of bonds issued through local legislation and paid here in Argentina.

Therefore, this certainty and legal security not only demonstrate our commitment to facing our obligations that Argentina as a State has committed to, although not through our government, but also fundamentally to those objectives, concrete facts, that we have demonstrated by paying bonds issued here in Argentina.

The fundamental duty of this is not a commitment of payment. I know that here there are some sectors that say that we should not pay anything, the absolute minimum, because it would be unreasonable. Yet it is important to remember that the Republic of Argentina has 40 million inhabitants to which the Government authorities are responsible in terms of guaranteeing growth in Argentina within a framework of legal security and facing up to its obligations.

For this reason, today I wanted to address not only the 40 million Argentineans, but also those who have put their trust in us, private domestic and foreign investors, and who have formed part of the 93% that accepted bonds from Argentina with a growth coupon that has been paid regularly, and also the rest of the International financial world and specifically the authorities of the United States and, fundamentally, its Court, because in fact we would be inflicting serious damage indeed on legal security, on trust, on confidence that debt restructuring must have at a very difficult time globally regarding financial matters.

It appears to us that only 1,45% that entered in 2008 with junk bonds, bought for very little, today aim to spoil what we have achieved in terms of debt restructuring, growth, payment, and contribution to the world, because ultimately it is a contribution from Argentina to the legal certainty of the world and to the confidence of those who put their trust in Argentina. I think it is important that we have that contact and that we can say these things.

Finally, to those who often tell us that we like to talk about the past and that the past is gone, I think that last Friday, Friday of last week, it was conclusively confirmed that the past, particularly in economics, is always just round the corner. It is enough for someone to make a mistake or for someone to have other interests that are not those representing the interests of 40 million Argentineans, for the things that we have worked so hard to achieve over the last few years to be ultimately undermined.

When we sometimes say things about the past it is not in the spirit of monitoring, in the spirit of accusing or placing greater value on what we have done, but quite the opposite: we are trying to avoid repeating the mistakes that we Argentineans have made, and I also include myself here despite not having formed part of any indebting government. However I am part of Argentina and I feel as responsible as the 40 million Argentineans, but also the most responsible as they have elected me to lead the fate of this country.

For this reason, I wanted to briefly comment on these two important decisions, of the reopening of a third debt exchanging law. I hope that as we say here in Argentina, it will be third time lucky and we can finally incorporate this 7%.

It is also a call for reason and common sense that 0,45 %, who acquired bonds at such a low price, cannot put in jeopardy 93% of the creditors along with the figures that we have paid and we will keep on paying and, fundamentally, the possibilities of Argentina's further growth to generate employment, provide health care and education and at the same time, to face up to our obligations.

For these reasons, today I wanted to address the people of Argentina and also, fundamentally, those who have believed in Argentina, who have backed us, that continue to do so, because we are all at the forefront of the ship and fundamentally we have to steer it safely to port and we also believe, we have firm hopes, that common sense will prevail over the formidable lobby that we have seen over recent days where 0,45% is able to impose of its will on the 93%

I am also a lawyer and I know that this decidedly affects equality between the parties; I know that it affect

fairness; I know that it affects legal security; I know that it affects certainty that the economic and financial relations must have in the world and, therefore, we request that with the same responsibility with which we have acted over the last 10 years, with punctual payments of all our commitments for the first time in our history, we also request responsibility from those who hold this decision in their hands.

In any case, we also state that Argentina will not violate its own laws and will specifically enable the participation of the Argentine Parliament in a matter as important as this, as we did in 2005 and 2010, which has enabled us to experience growth and face up to our commitments.

Thank you for listening and good night to you all.



City of New York, State of New York, County of New York

I, Mariela Lopez, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached documents from Spanish to English:

**Palabras de la Presidenta -Proyecto de reapertura del canje de la deuda**

*Mariela Lopez*

Sworn to before me this
August 27, 2013

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

**Proyecto de reapertura del canje de la deuda: Palabras de la Presidenta por Cadena Nacional**
Muy buenas tardes a todos y a todas: el día viernes pasado, la Cámara de Apelaciones, de la Ciudad de Nueva York, confirmó el fallo del juez Griesa, que la da la razón a los fondos buitres que ya son conocidos por los argentinos, porque fueron precisamente los que embargaron, el año pasado, la Fragata Libertad, en la República de Ghana, y por la cual tuvimos que recurrir al Derecho Internacional y también a tribunales internacionales, para obtener sin ninguna relación por parte del erario público, la restitución de uno de los símbolos de la Argentina. Antes habían existido algunos otros embargos sobre el Tango 01, sobre embajadas, sobre otros fondos. Pero en realidad lo que queremos hablar, hoy, y dar a conocer no solamente a la opinión pública nacional, a los habitantes de la República Argentina, sino también a aquellos tenedores de bonos, que han confiado en la Argentina - el 93 por ciento de los tenedores de bonos – es que en realidad este fallo de la Cámara de Apelaciones ignora este acuerdo, que hemos logrado con el 93 por ciento, o por lo menos lo minimiza y también creo que – a nuestro humilde criterio – ignora la inmunidad soberana que tiene la reestructuración de la deuda, que se logró, primero, en el 2005, y luego, en el 2010, porque, como marca la Constitución Nacional Argentina, la negociación de la deuda externa es facultad expresa del Congreso de la Nación y solamente puede realizarse bajo su autorización.

De cualquier modo es bueno recordar, un poco, el origen de todo esto porque si bien pareciera que estuviera muy lejos, el 31 de diciembre de 2001, no está tan lejos y fue allí donde la Argentina defaulteó exactamente 81.836 millones de dólares. Vuelvo a repetir: 31 de diciembre de 2001, la Argentina, nuestro país defaultea la deuda de bonos por 81.836 millones de dólares.

El origen de esto era un 49 por ciento, esto es 40.363 millones habían sido contraídos durante la administración gubernamental, que tuvo lugar entre los años 1989 y 1999; el 51 por ciento restante, que es 41.473 millones fue contraído por la administración que tuvo su origen entre los años 1999 y el momento de declararse el default.

Bueno es también saber que cuando, en el año 2003, el Presidente Kirchner asume encara precisamente este problema de la deuda, que en realidad es un problema que proviene desde el 24 de marzo de 1976, cuando el país comienza a endeudarse cada vez más y hacer permanentemente una bicicleta financiera se ve agravado durante la convertibilidad y, finalmente, implosiona ese 31 de diciembre del año 2001.

El Presidente Kirchner tuvo una idea totalmente opuesta a la que se venía sosteniendo hasta ese momento. Hasta ese momento en el endeudamiento permanente el lema, si se puede decir, era: pagar para crecer. Él sostenía que era a la inversa, que necesitábamos crecer para pagar. Bueno, no era que lo hacía de inteligente, simplemente él observaba lo que había pasado en la Argentina durante las últimas treinta o cuarenta décadas y la conclusión se daba por sí misma: no se podía pagar si no se crecía, al contrario, se pagaba con más deuda y cada vez la deuda era mayor y constituía una severísima restricción a la economía argentina en lo educativo, en lo cultural, en infraestructura, en lo social, en la salud, en la generación de la producción del trabajo. Bueno de una Argentina que - como todos sabemos – cuando Néstor asumió tenía un 25 por ciento de desocupados, industrias cerradas y una situación que todos recordamos.

Me acuerdo que él, en la Asamblea de la ONU, en la primera asamblea que le tocó asistir, que fue en septiembre del año 2003, encaró decididamente este tema de la deuda externa y sostuvo que era necesario que el mundo comprendiera que era preciso que nos dejaran crecer a la economía argentina para poder pagar. Sostuvo una frase que no me voy a olvidar nunca más, dijo: "es necesario que nos dejen crecer para poder pagar, porque los muertos no pagan las deudas". Y bueno, a partir de allí, invirtió la lógica de pagar para crecer, por la crecer para pagar.

Y precisamente desde el año 2003 a la fecha se hicieron importantes pagos, basados en dos

reestructuraciones: en el año 2005, en marzo de 2005 se reestructura la deuda en la presidencia de Néstor Kirchner. Recuerdo muy bien que fue una negociación dura, larga, en un momento dado el primer banco que intervino como negociador y eventual fiduciario: el Wachovia, se retira en medio de la negociación provocando una severa crisis que fue en un momento en que el entonces ministro de Economía, le ofreció la renuncia al Presidente Kirchner porque parecía que había fracasado el intento de reestructurar la deuda y Kirchner dijo: "tengamos confianza, sigamos adelante", y se decidió tomar como negociador y luego posterior fiduciario al Banco de Nueva York, normalmente conocido en la jerga financiera como BoNY. Finalmente ese primer canje en el que muy pocos confiaban y en el que muy pocos apostaban, pero que Néstor tenía una gran esperanza terminó reestructurando el 76 por ciento de la deuda soberana, con la quita más importante que se recuerde en la historia. Quita que para medir la importancia que tuvo, en el crecimiento posterior de la Argentina la podemos cuantificar en más de 79.000 millones de pesos.

Y para que ustedes tengan una idea de lo que representa es la totalidad de la Asignación Universal por Hijo, es la totalidad de las más de 2.000 escuelas que se construyeron – en estos 10 años – en la República Argentina y es todas las viviendas y sus respectivas infraestructuras, todos los planes sociales de viviendas que se construyeron entre el 2003 y la fecha. Esto marca la envergadura de la importancia.

¿Cuál fue el argumento para la quita? Durante el momento de endeudamiento, en realidad, la Argentina pagaba tasas exorbitantes en dólares, en todo el mundo las tasas eran del uno, del dos por ciento y acá se pagaban tasas de dos dígitos. El argumento central para esa quita fue que quien sabe que va a un lugar donde están pagando una tasa exorbitante que se no paga en ninguna parte del mundo es lógico que conoce el riesgo que asume al colocar su fondo. Por eso dijimos que debían ser riesgos compartidos entre un país que había apostado a un timba financiera y también, del otro lado, a los que sabían que era imposible que alguien les devolviera ese dinero con esos intereses.

Ahí surgió el problema de los holdouts, que era – digamos – los que no habían entrado en este primer canje. Si bien todos los países tienen una ley de quiebra, nuestro país la tiene y basta con que el 66 por ciento de los acreedores esté de acuerdo para que el juez apruebe la quiebra, o el concurso de quiebra y también es una cifra similar en los Estados Unidos, en este primer acuerdo conseguimos un 76 por ciento. Pero siguió el problema de los holdouts. Era lógico porque había mucha gente que no creía en esta Argentina que nunca había pagado las deudas. Nosotros, inclusive, habríamos querido participar y demostrar aún más buena fe creando lo que se denominó el Cupón de Crecimiento, de modo tal que si la Argentina crecía los acreedores iban a recibir más dinero producto de acompañar y de asociarse al crecimiento de esa Argentina.

Luego, durante mi presidencia, en el año 2010, volvimos a abrir el canje y de ahí llegamos a una cifra récord de aceptación de reestructuración de deuda, que es el 93 por ciento a quienes les debíamos. Ya había más confianza, se había pagado deuda no solamente emitida en ley extranjera, sino también emitida en ley nacional; se había pagado deuda en el Banco de Nueva York; se había pagado deuda, aquí en el país, con lo cual logramos este 93 por ciento, una tarea también muy buena que se dio en ese momento, a través del entonces ministro de Economía, que recorrió, junto a su equipo, todo el mundo. Pero el actual ministro de Economía, también el Doctor Lorenzino, para precisamente incorporar a muchos bonistas italianos, japoneses, que eran más pequeños y que habían quedado fuera del primer canje. Llegamos – repito – a esta cifra de 93 por ciento.

El fallo de la Cámara de Apelaciones de Nueva York creo que es un poco injusto con la Argentina. Toma un argumento del "Financial Times" y dice que nos condena porque la Argentina es "un deudor recalcitrante". La Argentina ha pagado, entre el año 2003 y el año 2012, este país al que califican como deudor recalcitrante 173.733 millones de dólares. Vuelvo a repetirlo: desde el año 2003 a la fecha, hemos pagado 173.733 millones de dólares. 41.044 millones de dólares es dentro del propio sector público nacional, entre distintos organismos del sector público nacional, que se prestan entre sí para financiamiento, para infraestructura, en fin para lo que hace al funcionamiento del Estado. 81.487

millones de dólares hemos pagado al sector privado (extranjero y nacional, en dólares, tenedores de bonos) y a los organismos multilaterales de crédito, entre ellos al Fondo Monetario Internacional, cuando nos desendeudamos, en el año 2006, al Banco Interamericano de Desarrollo por los préstamos que nos ha dado, al Banco Mundial, a la Corporación Argentina de Fomento, 51.201 millones de dólares; en total, 173.733 millones de dólares.

Digamos que más que deudores recalcitrantes somos pagadores seriales. Pero, además, con un aditamento: esto lo hemos hecho absolutamente con recursos genuinos, con recursos que hemos logrados a partir de la administración de comercio, y a partir de la mejor administración de los recursos del Estado, sin acceder al mercado de capitales. Creo que así como fuimos el país que entró en el Guinness por ser la deuda soberana más importante que se ha defaulteado creo que también debemos estar en el Guinness de los países que más hemos pagado, que más hemos cumplido con nuestras obligaciones en los últimos diez años, sin acceso al mercado de capitales.

Por eso me parece importante que todos los argentinos sepamos el esfuerzo que hemos hecho y también el mundo tenga conocimiento del esfuerzo que hemos hecho. Hoy, la deuda de los argentinos en dólares, que cuando Kirchner asumió representaba algo así como el 150 por ciento aproximadamente del PBI, ha pasado a representar en moneda extranjera, ya sea que se le deba a privados nacionales o extranjeros, algo menos del 10 por ciento del PBI. O sea, del 150 del PBI, hemos pasado a algo menos del 10 por ciento del PBI.

Y en pocos días más, vamos a pagar el BONAR 7, vamos a pagar 2.000 millones de dólares cash, exactamente el día 12 de septiembre. Este es un bono en legislación nacional que se paga también aquí en la Caja de Valores pero que la mayoría se cobra en el extranjero porque la mayoría son tenedores extranjeros que lo hacen muy fácilmente, con filiales locales de bancos extranjeros pagan a sus otra casas matrices o filiales en el lugar donde están los acreedores internacionales y de esa manera se salda la deuda.

A partir de ese momento la Argentina, o sea, a partir del 12 de septiembre, la Argentina va a pasar a deber en moneda extranjera, euro o dólares, 8.3 por ciento de su PBI.

Bueno también es recordar que esto es una ratio de deuda que es de las más bajas de los países desarrollados y ni qué hablar de los países de la región.

Bueno también es recordar que nuestro Gobierno es un pagador serial pero no es un endeudador serial, porque la deuda se tomó durante otras gestiones y también se defaulteó durante otras gestiones. Y esto nos ha permitido a los argentinos, esta administración, crecer y precisamente poder pagar la deuda.

Ahora bien, este fallo...Yo escuchaba algunos comentarios hoy sobre este fallo que me atrevo a calificar un poco de cortoplacistas porque el fallo...dicen, bueno, "en realidad es un fallo que recién podrá tener efectos porque va a ser apelado y tendrá que decidir la Corte Suprema de los Estados Unidos en el año 2014 o 2015".

Realmente, no parece demasiado serio, no hay responsabilidad, me parece de un buen gobierno, de una buena gobernanza creer que el 2014 o el 2015 o el corto plazo son una solución para los problemas. Nosotros creemos que los problemas deben resolverse, no solamente en el corto plazo, sino en el mediano y en el largo plazo.

Por eso, la decisión...hemos tomados decisiones en virtud de esto porque no podemos tener como país una Espada de Damocles sobre nuestro cuello diciendo que en cualquier momento alguien va a tomar una decisión, se van a caer los canjes del año 2005, 2010, los acreedores nuestros no van a pagar y el país va a volver al 2001. Esto es lo único que no vamos a permitir por lo menos mientras yo sea

Presidenta.

Por eso, la primera decisión que hemos tomado, bueno, es pedirle a Dios que ilumine a la Corte Suprema de los Estados Unidos porque, en realidad, estaríamos realmente ante un caso que, no solamente tiraría abajo una de las reestructuraciones de deuda más importantes de las que se tenga memoria, sino que también invalidaría otras reestructuraciones de deuda. Porque téngase en cuenta que estos fondos buitres solo representan el 0,45 por ciento.

Para tenerlo claro: el 93 por ciento de los acreedores de Argentina, arregló; un 7 por ciento no arregló, pero solamente están haciendo juicio en Nueva York y han obtenido esta sentencia, fondos buitre por el 0,45 por ciento del total de la deuda. Bonos que fueron comprados recién en el 2008, cuando ya habían sido defaulteados, valían muy poco y si se le hace lugar a lo que ellos pretenden, la ganancia en dólares sería de algo más del 1.300 por ciento, algo que realmente carece de lógica, de sentido común. Creo que no hace falta ser un experto en Derecho o en Economía para darse cuenta que de esta manera solamente funde la República Argentina, sino que fundiría el país. Sobre todo, en momentos en los cuales numerosos países desarrollados del primer mundo, están también reestructurando sus deudas.

Por eso, la decisión que tome la Suprema Corte de Justicia de los Estados Unidos, no solamente influiría en la Argentina, sino influiría en todo el mundo financiero internacionales. No en vano se han presentado numerosos "amicus curiae" frente a la Corte, que no son precisamente amigos de la Argentina, baste recordar a la exdirectora del Fondo Monetario Internacional, Anne Krueger, también a numerosos fondos de administración que también tienen intereses y se han presentado, al gobierno de la República de Francia, a quien agradecemos también su presentación ante la Corte Suprema de los Estados Unidos.

Pero también, como les decía y como no podemos tener una Espada de Damocles sobre nuestras cabezas; hemos tomado 2 decisiones más además de esta casi espiritual y casi terrenal de encomendarnos a Dios y a la Corte Suprema de los Estados Unidos: en primer lugar, en el día de mañana, vamos a enviar un nuevo proyecto de Ley al Parlamento argentino, que por imperio de la Constitución y del artículo 75 es el único capacitado para decidir sobre la deuda externa argentina, el Poder Ejecutivo actúa siempre como negociador, como delegado pero finalmente los acuerdos deben pasar por el Parlamento para ser aprobados o rechazados, y este proyecto de Ley va a consistir, precisamente, en abrir por tercera vez el canje de deuda para ese 7 por ciento que no ha ingresado. Queremos una vez más, demostrar la profunda vocación de hacer frente a los compromisos que tiene la República Argentina.

Hoy no lo podemos hacer porque estaríamos violando la propia ley de nuestro país que estableció ya en el 93 por ciento y cerró el segundo canje en el año 2010. Pero vamos a enviar, reitero, un proyecto de Ley al Parlamento para que, precisamente, ese 7 por ciento tenga la capacidad de ingresar, la posibilidad de ingresar y, bueno, y cobrar en paridad de condiciones con el resto de los acreedores.

Pero también hemos tomado una decisión para salvaguarda de quienes han confiado en la República, el 93 por ciento de los tenedores de bonos que han confiado en Argentina y que vienen cobrando, algunos del año 2005 y otros del año 2010. Y es, precisamente, hace un reemplazo de títulos por la misma moneda, por los mismos plazos nada más que cambiando el lugar de pago para evitar eventuales embargos que pudieran sufrir los fondos porque ya hemos sufrido embargos anteriores.

Para ser claros: los que tienen bonos argentinos, el 93 por ciento, vamos a reemplazar esos títulos, esos bonos por bonos similares, por moneda extranjera, por los mismos plazos, únicamente que serán pagaderos aquí en la República Argentina en la Caja de Valores.

Como ya hemos pagado, para que ustedes tengan una idea de la certeza y de la seguridad jurídica que esto significa, los BODEN 12, que fueron precisamente los bonos que Argentina emitió para pagarles a

todos aquellos que habían atrapados por el corralito, se acuerdan cuando no pudieron sacar los depósitos de los bancos, el Gobierno argentino, con bonos emitidos por ley argentina y pagaderos aquí en la Caja de Valores en la Argentina, ya ha cancelado totalmente esa deuda que fue de 19.600 millones de dólares.

La Argentina pagó la totalidad de los ahorros confiscados de argentinos y de no argentinos, o sea, de nacionales y de extranjeros, por 19.600 millones de dólares con títulos emitidos con legislación local y pagada aquí en la República Argentina en los plazos y en la moneda que habían sido estipulados.

Y en unos días más, para ser más precisos el día 12 de septiembre, como les decía hace unos instantes, vamos a pagar otro bono también emitido que es el BONAR 7, 2.000 millones de dólares, también emitidos en legislación local y pagaderos aquí en la Caja de Valores de la República Argentina, de modo tal que ya hemos pagado miles de millones de dólares de títulos emitidos con legislación local y pagaderos aquí en la Argentina.

Por lo tanto, la certeza y la seguridad jurídica, no solamente emana de nuestra convicción en cuanto a hacer frente a las obligaciones a las que la Argentina como Estado se había comprometido, aunque no haya sido nuestro gobierno, sino fundamentalmente también a los hechos objetivos, concretos que ya hemos protagonizado pagando títulos emitidos aquí en la Argentina.

Y el deber fundamental de esto, no es una vocación de pago, yo sé que por allí hay algunos sectores que dicen que no habría que pagar nada, mínimos, absolutamente, porque sería disparatado. Pero bueno es recordar que la República Argentina tiene además 40 millones de habitantes que exigen responsabilidad por parte de las autoridades del Gobierno y poder seguir garantizando el crecimiento de Argentina en un marco de seguridad jurídica y de hacerse cargo de las obligaciones.

Por eso, quería hoy dirigirme, no solamente a los 40 millones de argentinos, sino también a todos aquellos que han confiado, nacionales o extranjeros privados, y han formado parte de ese 93 por ciento que aceptó bonos de Argentina con cupón de crecimiento que ha venido pagando regularmente, dirigirme también al resto del mundo financiero internacional y específicamente a las autoridades de Estados Unidos y, fundamentalmente, a su Corte, porque en realidad, estaríamos infligiendo un seguro daño sí a la seguridad jurídica, sí al trust, a la confianza que se tienen que tener en la reestructuración de deuda en un momento muy difícil de todo el mundo en materia financiera.

Nos parece realmente que solo un 1,45 por ciento que ingresó en el 2008 con bonos basura, comprados por muy poco dinero, hoy pretenda malograr lo que hemos logrado en materia de reestructuración de deuda, de crecimiento, de pago, de aporte al mundo, porque en definitiva es un aporte de la Argentina a la certidumbre jurídica del mundo y a la confianza de quienes confiaron en la Argentina, me parece que es importante que podamos tener este contacto y poder decir estas cosas.

Finalmente, para los que muchas veces nos dicen que nos gusta hablar del pasado y creen que el pasado ya pasó, yo creo que este viernes pasado, el viernes de la semana pasada, se ha comprobado definitivamente que el pasado y sobre todo en Economía, siempre está a la vuelta de la esquina. Que basta que alguien cometa una equivocación o que alguien tenga otros intereses que no sean la de representar los intereses de los 40 millones de argentinos, para que las cosas que tanto nos han costado lograr en estos últimos años, finalmente se malogren.

Estas cosas que a veces decimos sobre el pasado, no es con el ánimo de fiscalizar, con el ánimo de acusar o de poner en mayor valor lo que nosotros hemos hecho, sino por el contrario, tratar de evitar volver a cometer los errores que hemos cometido los argentinos, miren, me involucro yo también a pesar de no haber formado parte en ningún gobierno endeudador, pero sí formo parte de la Argentina y me siento tan responsable como los 40 millones de argentinos, pero la más responsable porque me han

elegido para conducir los destinos del país.

Por eso, quería en síntesis, comentarles estas dos decisiones importantes, la de la reapertura de una tercera ley de canje. Espero que como decimos aquí en la Argentina, la tercera sea la vencida y podamos finalmente incorporar a ese 7 por ciento.

También un llamado a la razonabilidad y al sentido común que no puede ser que un 0,45 por ciento, que adquirió bonos a tan bajo precio, pueda poner en juego al 93 por ciento de los acreedores y con las cifras que hemos pagado y que tendremos que seguir pagando y, fundamentalmente, las posibilidades de seguir creciendo en la Argentina para generar trabajo, para dar salud, educación y al mismo tiempo, para hacer frente a nuestras obligaciones.

Por esos motivos es que quería hoy comunicarme con el conjunto del pueblo argentino y también fundamentalmente, con quienes han creído en la Argentina, han apostado por ella, que sigan haciéndolo porque estamos al frente de la nave y fundamentalmente la vamos a conducir a buen puerto y creemos también, tenemos fuertes esperanzas, de que el sentido común impere por sobre el lobby formidable que hemos visto en estos días donde un 0,45 por ciento se pueda imponer sobre la voluntad de un 93 por ciento.

Soy abogado al mismo tiempo y sé que esto afecta decididamente la igualdad entre las partes; sé que afecta la equidad; sé que afecta la seguridad jurídica; sé que afecta la certeza que deben tener las relaciones económicas y financieras el mundo y, por eso, solicitamos que con la misma responsabilidad que hemos actuado en estos 10 años, pagando puntualmente todo lo que nos habíamos comprometido por primera vez en nuestra historia, también pedimos responsabilidad a los que tengan la decisión en sus manos.

De cualquier manera, también decir que la Argentina no va a violar sus propias leyes y va a, precisamente, darle participación al Parlamento argentino en un tema tan importante como este, como también se lo hemos dado en el año 2005 y 2010, que nos ha permitido tener un crecimiento y hacer frente a nuestros compromisos.

Muchas gracias por escuchar y buenas noches a todos y a todas.