UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
NML CAPITAL, LTD.,                                            :
                                                             :
                                    Plaintiff,                :
                                                             :
            - against -                                       :   14 Civ. 8601 (TPG)
                                                             :
THE REPUBLIC OF ARGENTINA,                                    :
                                                             :
                                    Defendant.                :
------------------------------------------------------------------X
FFI FUND, LTD., and FYI, LTD.,                                :
                                                             :
                                    Plaintiffs,               :
                                                             :
            - against -                                       :   14 Civ. 8630 (TPG)
                                                             :
THE REPUBLIC OF ARGENTINA,                                    :
                                                             :
                                    Defendant.                :
------------------------------------------------------------------X
EM LTD.,                                                      :
                                                             :
                                    Plaintiff,                :
                                                             :
            - against -                                       :   14 Civ. 8303 (TPG)
                                                             :
THE REPUBLIC OF ARGENTINA,                                    :
                                                             :
                                    Defendant.                :
------------------------------------------------------------------X   *(captions continue on following page)*


**DECLARATION OF ELIZABETH M. HANLY IN OPPOSITION TO MOTIONS
IN 45 ACTIONS SEEKING SPECIFIC PERFORMANCE**

```
-------------------------------------------------------------------------X
PEREZ, et al.,                                         :
                                                      :
                                  Plaintiffs,          :
                                                      :
                   - against -                         :    14 Civ. 8242 (TPG)
                                                      :
THE REPUBLIC OF ARGENTINA,                             :
                                                      :
                                  Defendant.           :
-------------------------------------------------------------------------X
NML CAPITAL, LTD.,                                     :
                                                      :
                                  Plaintiff,           :
                                                      :
                   - against -                         :    14 Civ. 8988 (TPG)
                                                      :
THE REPUBLIC OF ARGENTINA,                             :
                                                      :
                                  Defendant.           :
-------------------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP, et al.,                 :
                                                      :
                                  Plaintiffs,          :
                                                      :
                   - against -                         :    14 Civ. 8946 (TPG)
                                                      :
THE REPUBLIC OF ARGENTINA,                             :
                                                      :
                                  Defendant.           :
-------------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                              :
                                                      :
                                  Plaintiff,           :
                                                      :
                   - against -                         :    14 Civ. 8947 (TPG)
                                                      :
THE REPUBLIC OF ARGENTINA,                             :
                                                      :
                                  Defendant.           :
-------------------------------------------------------------------------X
```

```
-------------------------------------------------------------------X
LIGHTWATER CORP. LTD.,                            :
                                                  :
                              Plaintiff,          :
                                                  :
              - against -                         :   14 Civ. 4092 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X
OLD CASTLE HOLDINGS, LTD.,                        :
                                                  :
                              Plaintiff,          :
                                                  :
              - against -                         :   14 Civ. 4091 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X
SETTIN,                                           :
                                                  :
                              Plaintiff,          :
                                                  :
              - against -                         :   14 Civ. 8739 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X
CAPITAL VENTURES INTERNATIONAL,                   :
                                                  :
                              Plaintiff,          :
                                                  :
              - against -                         :   14 Civ. 7258 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X
```

------------------------------------------------------------------------X
ADAMI, et al.,
                         Plaintiffs,

               - against -                    14 Civ. 7739 (TPG)

THE REPUBLIC OF ARGENTINA,

                         Defendant.
------------------------------------------------------------------------X
CAPITAL MARKETS FINANCIAL SERVICES, et al.,

                         Plaintiffs,

               - against -                    15 Civ. 0710 (TPG)

THE REPUBLIC OF ARGENTINA,

                         Defendant.
------------------------------------------------------------------------X
FOGLIA, et al.,

                         Plaintiffs,

               - against -                    14 Civ. 8243 (TPG)

THE REPUBLIC OF ARGENTINA,

                         Defendant.
------------------------------------------------------------------------X
PONS, et al.,

                         Plaintiffs,

               - against -                    13 Civ. 8887 (TPG)

THE REPUBLIC OF ARGENTINA,

                         Defendant.
------------------------------------------------------------------------X

```
-----------------------------------------------------------------------X
GUIBELALDE, et al.,                                  :
                                                     :
                              Plaintiffs,            :
                                                     :
                 - against -                         :   11 Civ. 4908 (TPG)
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
-----------------------------------------------------------------------X
DORRA, et al.,                                       :
                                                     :
                              Plaintiffs,            :
                                                     :
                 - against -                         :   14 Civ. 10141 (TPG)
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
-----------------------------------------------------------------------X
BELOQUI, et al.,                                     :
                                                     :
                              Plaintiffs,            :
                                                     :
                 - against -                         :   14 Civ. 5963 (TPG)
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
-----------------------------------------------------------------------X
TORTUS CAPITAL MASTER FUND, LP,                      :
                                                     :
                              Plaintiff,             :
                                                     :
                 - against -                         :   14 Civ. 1109 (TPG)
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
-----------------------------------------------------------------------X
```

```
----------------------------------------------------------------------X
TORTUS CAPITAL MASTER FUND, LP,                    :
                                                   :
                              Plaintiff,           :
                                                   :
            - against -                            :   14 Civ. 3127 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
----------------------------------------------------------------------X
TRINITY INVESTMENTS LIMITED,                       :
                                                   :
                              Plaintiff,           :
                                                   :
            - against -                            :   14 Civ. 10016 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
----------------------------------------------------------------------X
MONTREUX PARTNERS, L.P.,                           :
                                                   :
                              Plaintiff,           :
                                                   :
            - against -                            :   14 Civ. 7171 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
----------------------------------------------------------------------X
LOS ANGELES CAPITAL,                               :
                                                   :
                              Plaintiff,           :
                                                   :
            - against -                            :   14 Civ. 7169 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
----------------------------------------------------------------------X
```

```
---------------------------------------------------------------------X
CORDOBA CAPITAL,                                  :
                                                  :
                              Plaintiff,          :
                                                  :
             - against -                          :   14 Civ. 7164 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
---------------------------------------------------------------------X
WILTON CAPITAL,                                   :
                                                  :
                              Plaintiff,          :
                                                  :
             - against -                          :   14 Civ. 7166 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
---------------------------------------------------------------------X
MCHA HOLDINGS, LLC,                               :
                                                  :
                              Plaintiff,          :
                                                  :
             - against -                          :   14 Civ. 7637 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
---------------------------------------------------------------------X
MCHA HOLDINGS, LLC,                               :
                                                  :
                              Plaintiff,          :
                                                  :
             - against -                          :   14 Civ. 10064 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
---------------------------------------------------------------------X
```

```
------------------------------------------------------------------X
ANDRAREX LTD.,                               :
                                             :
                                             :
                          Plaintiff,         :
                                             :
           - against -                       :   14 Civ. 9093 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
CLARIDAE, et al.,                            :
                                             :
                                             :
                          Plaintiffs,        :
                                             :
           - against -                       :   14 Civ. 10201 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
ARAG-A LIMITED, et al.,                      :
                                             :
                                             :
                          Plaintiffs,        :
                                             :
           - against -                       :   14 Civ. 9855 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
ATTESTOR MASTER VALUE FUND LP,               :
                                             :
                          Plaintiff,         :
                                             :
           - against -                       :   14 Civ. 5849 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
```

```
-----------------------------------------------------------------------X
ANGULO, et al.,                                   :
                                                  :
                              Plaintiffs,         :
                                                  :
              - against -                         :   15 Civ. 1470 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------------X
LAMBERTINI, et al.,                               :
                                                  :
                              Plaintiffs,         :
                                                  :
              - against -                         :   15 Civ. 1471 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------------X
BANCA ARNER S.A., et al.,                         :
                                                  :
                              Plaintiffs,         :
                                                  :
              - against -                         :   15 Civ. 1508 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
------------------------------------------------------------------- X
TRINITY INVESTMENTS LIMITED,                      :
                                                  :
                              Plaintiff,          :
                                                  :
              - against -                         :   15 Civ. 1588 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X
```

```
---------------------------------------------------------------------X
TRINITY INVESTMENTS LIMITED,                          :
                                                      :
                              Plaintiff,              :
                                                      :
              - against -                             :   15 Civ. 2611 (TPG)
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                              Defendant.              :
---------------------------------------------------------------------X
TRINITY INVESTMENTS LIMITED,                          :
                                                      :
                              Plaintiff,              :
                                                      :
              - against -                             :
                                                      :   15 Civ. 5886 (TPG)
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                              Defendant.              :
---------------------------------------------------------------------X
MCHA HOLDINGS, LLC,                                   :
                                                      :
                              Plaintiff,              :
                                                      :
              - against -                             :
                                                      :   15 Civ. 2577 (TPG)
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                              Defendant.              :
---------------------------------------------------------------------X
MCHA HOLDINGS, LLC,                                   :
                                                      :
                              Plaintiff,              :
                                                      :
              - against -                             :
                                                      :   15 Civ. 5190 (TPG)
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                              Defendant.              :
---------------------------------------------------------------------X
```

```
----------------------------------------------------------------------X
ERCOLANI, et al.,                                    :
                                                     :
                                  Plaintiffs,        :
                                                     :
                  - against -                        :      15 Civ. 4654 (TPG)
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                                  Defendant.         :
----------------------------------------------------------------------X
FAZZOLARI, et al.,                                   :
                                                     :
                                  Plaintiffs,        :
                                                     :
                  - against -                        :
                                                     :      15 Civ. 3523 (TPG)
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                                  Defendant.         :
----------------------------------------------------------------------X
STONEHILL INSTITUTIONAL PARTNERS, L.P.               :
and STONEHILL MASTER FUND LTD.,                      :
                                                     :
                                  Plaintiffs,        :
                                                     :
                  - against -                        :      15 Civ. 3523 (TPG)
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                                  Defendant.         :
----------------------------------------------------------------------X
WHITE HAWTHORNE, LLC,                                :
                                                     :
                                  Plaintiff,         :
                                                     :
                  - against -                        :
                                                     :      15 Civ. 4767 (TPG)
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                                  Defendant.         :
----------------------------------------------------------------------X
```

```
-------------------------------------------------------------------X
VR GLOBAL PARTNERS, LP,                          :
                                                 :
                             Plaintiff,          :
                                                 :
             - against -                         :     11 Civ. 8817 (TPG)
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                             Defendant.          :
-------------------------------------------------------------------X
PROCELLA HOLDINGS, L.P.,                         :
                                                 :
                             Plaintiff,          :
                                                 :
             - against -                         :
                                                 :     15 Civ. 3932 (TPG)
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                             Defendant.          :
-------------------------------------------------------------------X
```

Pursuant to 28 U.S.C. § 1746, Elizabeth M. Hanly declares as follows:

1.      I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters.  I submit this declaration on behalf of the Republic in opposition to plaintiffs' motions seeking specific performance.

2.      Attached to this declaration as Exhibits A-Z are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | Pre-Judgment Plaintiffs Chart; |
| B | Post-Judgment Plaintiffs Chart; |
| C | Comparison of Proposed Order ¶ 2(c) with Amended Injunction ¶ 2(c); |
| D | Louis Charbonneau, *U.N. nations approve principles for sovereign debt restructuring*, Reuters (Sept. 10, 2015); |
| E | Proposed Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 14 Civ. 8601 (TPG) (S.D.N.Y. Aug. 14, 2015); |
| F | U.N. G.A.*, South Africa: Draft Resolution on Basic Principles on Sovereign Debt Restructuring Processes*, U.N. Doc. A/69/L.84 (July 29, 2015); |
| G | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 14 Civ. 8601 (TPG) (S.D.N.Y. June 5, 2015); |
| H | Tiago Stichelmans, *Why a United Nations sovereign debt restructuring framework is key to implementing the post-2015 sustainable development agenda*, European Network on Debt and Development 9 (May 2015); |
| I | U.N. Conference on Trade and Dev., *Sovereign Debt Workouts: Going Forward, United Nations Conference on Trade and Development* 13 (April 2015); |
| J | G.A. Res. 68/304, U.N. Doc. A/RES/68/304 (Sept. 17, 2014); |

K       Robert Solow, et al. *Economists Call on Congress to Mitigate Fallout from Ruling on Argentine Debt*, Center for Economic and Policy Research (July 31, 2014);

L       Brief for the United States as *Amicus Curiae* in Support of the Republic of Argentina's Petition for Panel Rehearing and Rehearing *En Banc*, *NML Capital, Ltd., v. Republic of Argentina*, No. 12-105 (L) (2d Cir. Dec. 28, 2012);

M       Amended February 23, 2012 Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. Nov. 21, 2012);

N       Brief for the United States as *Amicus Curiae* in Support of Reversal, *NML Capital, Ltd., v. Republic of Argentina*, No. 12-105 (L) (2d Cir. Apr. 4, 2012);

O       Hearing Transcript, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 8845 (TPG) (S.D.N.Y. Feb. 23, 2012) (excerpts);

P       Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. Feb. 23, 2012);

Q       John Singleton, *Central Banking in the Twentieth Century* (2011) (excerpts);

R       The Bank of International Settlements, *Issues in the Governance of Central Banks* (May 2009), http://www.bis.org/publ/othp04_1.pdf; http://www.bis.org/publ/othp04_6.pdf (excerpts);

S       Letter from K. Reed to Judge Griesa, *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) (S.D.N.Y. Jan. 14, 2004);

T       Paul L. Lee, *Central Banks and Sovereign Immunity*, 41 Colum. J. Transnat'l L. 327 (2003) (excerpts);

U       Kit Dawnay, *A History of Sterling*, The Telegraph, Oct. 8, 2001;

V       Fiscal Agency Agreement, dated Oct. 19, 1994;

W       Ernest T. Patrikis, *Foreign Central Bank Property: Immunity from Attachment in the United States*, 1982 U. Ill. L. Rev. 265 (1982) (excerpts);

X       H.R. Rep. 94-1487 (1976) (excerpts);

Y       M. H. De Kock, Central Banking (4th ed. 1974) (excerpts);

Z       Hans Aufricht, *Comparative Survey of Central Bank Law* (1965) (excerpts).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2015 in New York, New York.

_____
ELIZABETH M. HANLY