UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
NML CAPITAL, LTD.,

                               Plaintiff,

                v.

THE REPUBLIC OF ARGENTINA,

                               Defendant.
------------------------------------------------------------------- X

14 Civ. 8601 (TPG)

**NOTICE OF APPEAL**

        Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on October 30, 2015, as well as all underlying and/or associated orders, including but not limited to the district court's June 5, 2015 Opinion and Order. The October 30, 2015 Opinion and Order granted motions of plaintiffs in this action and 48 related cases for permanent injunctive relief and specific performance.

Dated: New York, New York
        November 10, 2015

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              By:     /s/ Carmine D. Boccuzzi
                                    Jonathan I. Blackman (jblackman@cgsh.com)
                                    Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                              One Liberty Plaza
                              New York, New York 10006
                              (212) 225-2000

                              *Attorneys for the Republic of Argentina*